# ALABAMA COURT OF CRIMINAL APPEALS



February 14, 2025

**CR-2023-0274**
C.A.W. v. State of Alabama (Appeal from Madison Circuit Court: CC-21-3837)

## <u>NOTICE</u>

You are hereby notified that on February 14, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk